IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v | : | CASE NO. 7:97-CR-37-HL |
| | : | |
| **EDWARD HINES** | : | |

### ORDER

The United States' Dismissal of Superseding Indictment as to the above-named defendant having been read and considered, leave of Court is hereby GRANTED for the filing of said dismissal, this 14th day of October, 2005.

                                           **s/   Hugh Lawson**
                                           HUGH LAWSON
                                           UNITED STATES DISTRICT COURT JUDGE